1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:14-cv-01069---GSA |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| LIANG DONGHAN dba GOLDEN HORSE CHINESE RESTAURANT, et al., | |
| Defendants. | |

1  IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Liang Donghan dba Golden Horse Chinese Restaurant and Jennifer Kong, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: September 18, 2014          MOORE LAW FIRM, P.C.

                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore
                                  Attorneys for Plaintiff
                                  Ronald Moore

Date: September 15, 2014          MICHAEL J. F. SMITH, A.P.C.

                                  */s/ Michael J. F. Smith*
                                  Michael J. F. Smith
                                  Attorneys for Defendants
                                  Liang Donghan dba Golden Horse Chinese
                                  Restaurant and Jennifer Kong

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   September 18, 2014          _____
                                     SENIOR DISTRICT JUDGE